
LITHIUM POWERED