US00D434164S

# United States Patent [19]

Galli

[11] Patent Number: Des. 434,164

[45] Date of Patent: ** Nov. 21, 2000

[54] **FLASHLIGHT HEAD**

[75] Inventor: **Robert D. Galli**, Las Vegas, Nev.

[73] Assignee: **Emissive Energy Corporation**, Warwick, R.I.

[**] Term: **14 Years**

[21] Appl. No.: **29/119,448**

[22] Filed: **Mar. 1, 2000**

[51] **LOC (7) Cl.** .......... **26-02**

[52] **U.S. Cl.** .......... **D26/49**

[58] **Field of Search** .......... D26/37–50; 362/307, 362/308, 309, 157, 158, 183–208

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 351,672 | 10/1994 | Jsay | D26/37 |
| D. 380,060 | 6/1997 | Chiang | D26/37 |
| D. 392,402 | 3/1998 | Chen | D26/37 |
| D. 421,657 | 3/2000 | Siebert | D26/37 |

*Primary Examiner*—Marcus A. Jackson

*Attorney, Agent, or Firm*—Barlow, Josephs & Holmes, Ltd.

[57] **CLAIM**

The ornamental design for a flashlight head, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view showing my new design for a flashlight head;
FIG. **2** is an enlarged perspective view thereof;
FIG. **3** is a side view thereof, all sides thereof being identical;
FIG. **4** is a front view thereof;
FIG. **5** is a rear view thereof;
FIG. **6** is a perspective view of a second embodiment of the new design for a flashlight head;
FIG. **7** is a front view thereof;
FIG. **8** is a perspective view of a third embodiment of the new design for a flashlight head;
FIG. **9** is a front view thereof;
FIG. **10** is a perspective view of a fourth embodiment of the new design for a flashlight head;
FIG. **11** is a front view thereof;
FIG. **12** is a perspective view of a fifth embodiment of the new design for a flashlight head; and,
FIG. **13** is a front view thereof.
The broken lines in the drawing figures are for illustrative purposes only and do not form a part of the claimed design.

**1 Claim, 6 Drawing Sheets**





FIG. 2.



FIG. 1.



FIG. 4.



FIG. 5.



FIG. 3.



FIG. 6.



FIG. 7.



FIG. 8.



FIG. 9.



FIG. 10.



FIG. 11.



FIG. 12.



FIG. 13.