US00D468851S

# (12) United States Design Patent

Galli

(10) Patent No.: US D468,851 S
(45) Date of Patent: ** Jan. 14, 2003

(54) **FLASHLIGHT HEAD**

(76) Inventor: **Robert D. Galli**, 8176 Horseshoe Bend La., Las Vegas, NV (US) 89113

(**) Term: **14 Years**

(21) Appl. No.: **29/159,873**

(22) Filed: **Apr. 30, 2002**

(51) **LOC (7) Cl.** .................................................... **26-02**
(52) **U.S. Cl.** ......................................................... **D26/37**
(58) **Field of Search** ..................... D26/37–50; 362/157, 362/158, 171, 172, 173, 183–208

(56) **References Cited**

U.S. PATENT DOCUMENTS


| | | | | |
|---|---|---|---|---|
| D421,657 S | * | 3/2000 | Siebert | D26/37 |
| D428,504 S | * | 7/2000 | Saunders | D26/49 |
| D434,164 S | * | 11/2000 | Galli | D26/49 |
| D455,510 S | * | 4/2002 | Galli | D26/37 |


* cited by examiner

*Primary Examiner*—Marcus A. Jackson

(74) *Attorney, Agent, or Firm*—Barlow, Josephs & Holmes,Ltd.

(57) **CLAIM**

The ornamental design for a flashlight head, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view showing my new design for a flashlight head;
FIG. **2** is a top view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a left side view thereof;
FIG. **5** is a bottom view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a rear view thereof;
FIG. **8** is a perspective view of a first alternate embodiment of my new design for a flashlight head; and,
FIG. **9** is a perspective view of a second alternate embodiment of my new design for a flashlight head.
The broken lines in the drawing figures are for illustrative purposes only and do not form a part of the claimed design.

**1 Claim, 6 Drawing Sheets**





FIG. 1.



FIG. 2.



FIG. 3.



FIG. 4.



FIG. 5.



FIG. 6.



FIG. 7.



FIG. 8.



FIG. 9.