LDA

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

EMISSIVE ENERGY CORPORATION
Plaintiff
v.
INNOVAGE, INC. ET AL.
Defendant

Civil Action No. CA 08 139 ML

**Summons in a Civil Action**

To: *(Defendant's name and address)*

BED BATH & BEYOND OF PROVIDENCE, INC.
c/o Corporation Service Company
222 Jefferson Boulevard, Suite 200
Warwick, RI 02888

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Craig M. Scott, Esq. and Christine K. Bush, Esq.
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: April 17, 2008

Panof Smith
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Bed Bath & Beyond of R.I. Inc.
by:

(1) personally delivering a copy of each to the individual at this place, ____________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ____________________ who resides there and is of suitable age and discretion; or

☒ (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Corporation Service Co. 222 Jefferson Blvd. Warwick R.I.

(4) returning the summons unexecuted to the court clerk on ____________; or

(5) other *(specify)* ____________________.

My fees are $ 45.00 for travel and $ 0.00 for services, for a total of $ ~~0.00~~ 45.00

Date: 4/18/08

[signature]
Server's signature

Process Server
Printed name and title

Thomas Noury
P.O. Box 114026
North Providence, RI 02911
Server's address