AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

EMISSIVE ENERGY CORPORATION
Plaintiff
v.
INNOVAGE, INC. ET AL.
Defendant

Civil Action No. C.A. 08-139ML

**Summons in a Civil Action**

To: *(Defendant's name and address)*

INNOVAGE, INC.
c/o Sharon Lee Celis
19511 Pauling
Foothill Ranch, CA 92610

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Craig M. Scott, Esq. and Christine K. Bush, Esq.
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/23/08

Name of clerk of court

[signature]
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare ... by:

(1 ...

(2 ... ; or

(3 ... name is

(4 ...

(5 ...

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if ~~Restricted~~ Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Innovage, Inc.
c/o Sharon Lee Celis
19511 Pauling
Foothill Ranch, CA 92610

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Shelly Young ☒ Agent ☐ Addressee

B. Received by (Printed Name) Shelly Young

C. Date of Delivery 4-28

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7003 2260 0006 8574 7375

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

My fees ... 0.00 .

Date: ______________________

Server's signature

Printed name and title

Server's address