UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>INNOVAGE, INC., INNOVAGE, LLC, INNOVAGE DISTRIBUTION, INC., BED BATH & BEYOND, INC., and BED BATH & BEYOND OF PROVIDENCE, INC.<br><br>Defendants. | : | C.A. No. 08-139ML |

**AFFIDAVIT OF PROOF OF SERVICE**

I, Linda A. Cardente., being duly sworn, hereby state:

1. I submit this Affidavit of Proof of Service pursuant to Federal Rules of Civil Procedure 4.

2. I am not a party to this litigation, and I am over the age of 18.

3. On April 23, 2008, I caused a copy of the Complaint and Summons to be sent to Innovage, LLC, Certified Mail, Return Receipt Requested, c/o Rachel Burch, 19511 Pauling, Foothill Ranch, California 92610. A copy of the Summons, Certified Mail Receipt, Domestic Return Receipt and on-line confirmation are attached hereto.

4. According t the U.S. Postal Service, the Summons and Complaint were received and delivered on April 28, 2008 at 12:43 p.m.

Linda A. Cardente
Linda A. Cardente

Subscribed and sworn to before me on the 6th day of May, 2008.

Notary Public
My Commission Expires: 4-8-09

*H:\Clients\Emissive Energy\Bed Bath & Beyond\Pleadings\E-file Docs\Emissive\Affidavit Proof of Service re Innovage LLC.doc*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION<br>Plaintiff<br>v.<br>INNOVAGE, INC. ET AL.<br>Defendant | )<br>)<br>)<br>)<br>) | Civil Action No. C.A. 08-139ML |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

INNOVAGE LLC
c/o Rachel Burch
19511 Pauling
Foothill Ranch, CA 92610

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Craig M. Scott, Esq. and Christine K. Bush, Esq.
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 4/23/08

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ____________________,
by:

(1) personally delivering a copy of each to the individual at this place, ______________________________
______________________________________________________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ____________________
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
______________________________________________________; or

(4) returning the summons unexecuted to the court clerk on ________________; or

(5) other *(specify)* ________________________________________________
________________________________________________________________
______________________________________________________________.

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 ________.

Date: ____________________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Innovage, LLC
c/o Rachel Burch
19511 Pauling
Foothill Ranch, CA 92610

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) [handwritten] C. Date of Delivery 28

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

'icle Number
*nsfer from service label)* 7003 2260 0006 8574 7382

n 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

7003 2260 0006 8574 7382

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 2.50 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.30 |

PROVIDENCE RI ANNEX STA 02903 APR 2008 Postmark Here

*Sent To* Innovage, LLC c/o Rachel Burch
*Street, Apt. No.; or PO Box No.* 19511 Pauling
*City, State, ZIP+4* Foothill Ranch, CA 92610

PS Form 3800, June 2002 See Reverse for Instructions

UNITED STATES POSTAL SERVICE®



# Track & Confirm

## Search Results

Label/Receipt Number: **7003 2260 0006 8574 7382**
Status: **Delivered**

Your item was delivered at 12:43 PM on April 28, 2008 in FOOTHILL RANCH, CA 92610.

Track & Confirm
Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. Go >



Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA