UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>INNOVAGE, INC., INNOVAGE, LLC, INNOVAGE DISTRIBUTION, INC., BED BATH & BEYOND, INC., and BED BATH & BEYOND OF PROVIDENCE, INC.<br><br>Defendants. | : | C.A. No. 08-139ML |

**AFFIDAVIT OF PROOF OF SERVICE**

I, Linda A. Cardente., being duly sworn, hereby state:

1. I submit this Affidavit of Proof of Service pursuant to Federal Rules of Civil Procedure 4.

2. I am not a party to this litigation, and I am over the age of 18.

3. On May 1, 2008, I personally caused a copy of the Complaint and Summons to be sent to Innovage Distribution, Inc., via Federal Express (FedEx Priority Overnight), c/o Michael Shimada, 19511 Pauling, Foothill Ranch, California 92610. A copy of the Summons and a copy of the Federal Express U.S. Airbill and proof-of-delivery are attached hereto.

4. According to Federal Express, the Summons and Complaint were received and delivered on May 2, 2008 at 10:19 a.m.

Linda A. Cardente
Linda A. Cardente

Subscribed and sworn to before me on the 6th day of May, 2008.

Notary Public
My Commission Expires: 4-8-09

*H:\Clients\Emissive Energy\Bed Bath & Beyond\Pleadings\E-file Docs\Emissive\Affidavit Proof of Service re Innovage Distrib.doc*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

EMISSIVE ENERGY CORPORATION
Plaintiff
v.
INNOVAGE, INC. ET AL.
Defendant

Civil Action No. C.A. 08-139ML

**Summons in a Civil Action**

To: *(Defendant's name and address)*

INNOVAGE DISTRIBUTION, INC.
c/o Michael Shimada
19511 Pauling
Foothill Ranch, CA 92610

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Craig M. Scott, Esq. and Christine K. Bush, Esq.
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 4/23/08

Karen Baldwell
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ______________________, by:

(1) personally delivering a copy of each to the individual at this place, ______________________________________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______________________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ______________________________; or

(4) returning the summons unexecuted to the court clerk on ________________; or

(5) other *(specify)* ______________________________________________.

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00.

Date: ____________________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

FedEx Express US Airbill

FedEx Tracking Number 8655 7201 2201

Form ID No. 0215 SPH32 Senders Copy

**1 From** *Please print and press hard.*

Date 5-1-08

Sender's FedEx Account Number 2144-2645-5

Sender's Name Charles M. Henderson, III Phone (401) 455-0700

Company DUFFY SWEENEY & SCOTT, LTD

Address 1 TURKS HEAD PL STE 1200

Dept./Floor/Suite/Room

City PROVIDENCE State RI ZIP 02903-2212

**2 Your Internal Billing Reference** Emissive/BBB OPTIONAL

First 24 characters will appear on invoice.

**3 To**

Recipient's Name Innovage Distribution, Inc Phone ( )

Company c/o Michael Shimada

Recipient's Address 19511 Pauling

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Dept./Floor/Suite/Room

Address

To request a package be held at a specific FedEx location, print FedEx address here.

City Foothill Ranch, State CA ZIP 92610

0380034967

**Store your addresses at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service** *Packages up to 150 lbs.*

- [X] FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.
- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.
- [ ] FedEx 2Day — Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate.

* To most locations.

**4b Express Freight Service** *Packages over 150 lbs.*

- [ ] FedEx 1Day Freight* — Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 2Day Freight — Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 3Day Freight — Third business day.** Saturday Delivery NOT available.

* Call for Confirmation:

** To most locations.

**5 Packaging**

- [X] FedEx Envelope*
- [ ] FedEx Pak* — Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

* Declared value limit $500.

**6 Special Handling** — Include FedEx address in Section 3.

- [ ] SATURDAY Delivery — NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.
- [ ] HOLD Weekday at FedEx Location — NOT Available for FedEx First Overnight.
- [ ] HOLD Saturday at FedEx Location — Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods? One box must be checked.

- [X] No
- [ ] Yes — As per attached Shipper's Declaration.
- [ ] Yes — Shipper's Declaration not required.
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ____ x ____ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7 Payment** *Bill to:* Enter FedEx Acct. No. or Credit Card No. below.

- [X] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. Credit Card No. Exp. Date

Total Packages | Total Weight | Total Declared Value† $ .00

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**8 Residential Delivery Signature Options** If you require a signature, check Direct or Indirect.

- [ ] No Signature Required — Package may be left without obtaining a signature for delivery.
- [X] Direct Signature — Someone at recipient's address may sign for delivery. Fee applies.
- [ ] Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. Fee applies.

519

Rev. Date 10/06•Part #158279•©1994–2006 FedEx•PRINTED IN U.S.A.•SRF

FedEx Express

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

May 2,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **865572012201**.

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | May 2, 2008 10:19 |
| **Signed for by:** | W.GONZALEZ | | |
| **Service type:** | Priority Envelope | | |



**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 865572012201 | **Ship date:** | May 1, 2008 |
| | | **Weight:** | 1.0 lbs. |

**Recipient:**
US

**Shipper:**
US

**Reference** EMISEIVE/BBB

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339