
INOVA®
X SERIES
X5®
LITHIUM POWERED
5 LED FLASHLIGHT
If there's an icon among flashlights, it is the INOVA X5. The first of its kind, the X5 introduced the world to the power of LED technology in handheld, battery-operated lights. Made with fanatical care and design elegance from aerospace-grade aluminum, it is on display at one of the world's great museums of modern art. The perfect long-term duty flashlight, the X5's advanced lithium batteries have an amazing 10-year shelf life for reliable performance.
FEATURES
TECH SPECS
COMPARE
SELECT BLACK
X1 X5 XO XO3
HOME
PRODUCTS
ABOUT INOVA
CONTACT US
BUY IT NOW
MEDIA KIT
CATALOGS
MERCHANDISING