US00D468464S

(12) **United States Design Patent** (10) **Patent No.: US D468,464 S**
**Galli** (45) **Date of Patent: ** Jan. 7, 2003**

(54) **FLASHLIGHT**

(76) Inventor: **Robert D. Galli**, 8176 Horseshoe Bend La., Las Vegas, NV (US) 89113

(**) Term: **14 Years**

(21) Appl. No.: **29/159,874**

(22) Filed: **Apr. 30, 2002**

(51) **LOC (7) Cl.** .......................................... **26-02**
(52) **U.S. Cl.** .......................................... **D26/37**
(58) **Field of Search** ...................... D26/37–50; 362/157, 362/158, 171, 172, 173, 183–208

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D351,672 S | | 10/1994 | Tsay | D26/37 |
| D380,060 S | | 6/1997 | Chiang | D26/37 |
| D392,402 S | | 3/1998 | Chen | D26/37 |
| D421,657 S | * | 3/2000 | Siebert | D26/37 |
| D428,504 S | * | 7/2000 | Saunders | D26/49 |
| D434,164 S | * | 11/2000 | Galli | D26/49 |
| D455,510 S | * | 4/2002 | Galli | D26/37 |

* cited by examiner

*Primary Examiner*—Marcus A. Jackson
(74) *Attorney, Agent, or Firm*—Barlow, Josephs & Holmes, Ltd.

(57) **CLAIM**

The ornamental design for a flashlight, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view showing my new design for a flashlight;

FIG. **2** is a top view thereof;

FIG. **3** is a front view thereof;

FIG. **4** is a left side view thereof;

FIG. **5** is a bottom view thereof;

FIG. **6** is a right side view thereof;

FIG. **7** is an back view thereof; and,

FIG. **8** is a perspective view of an alternate embodiment of my new design for a flashlight.

**1 Claim, 5 Drawing Sheets**





FIG. 1.



FIG. 3.



FIG. 2.



FIG. 4.



FIG. 5.



FIG. 7.



FIG. 6.



FIG. 8.