**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**EMISSIVE ENERGY CORPORATION,**
**Plaintiff,**

**v.** **C.A. No. 08-139-ML**

**INNOVAGE, LLC,**
**BED BATH & BEYOND, INC., and**
**BED BATH & BEYOND OF PROVIDENCE, INC.,**
**Defendants.**

**ENTRY OF APPEARANCE**

**Michael H. Feldhuhn, Esquire (#3344) hereby enters his appearance as Local Counsel for the defendants.**

**Defendants,**
**By Their Attorney,**

**/s/ Michael H. Feldhuhn**

**Michael H. Feldhuhn (#3344)**
**56 Pine Street**
**Suite 200**
**Providence, Rhode Island 02903**
**Tel. (401) 331-6600**
**FAX (401) 274-2780**

**CERTIFICATION**

**I hereby certify that on this 27th day of May, 2008, this document was filed electronically and is available for reviewing and downloading to the following ECF registered counsel of record:**

**Craig M. Scott, Esquire**
**Christine K. Bush, Esquire**
**DUFFY, SWEENEY & SCOTT, LTD.**
**One Turks Head Place**
**Suite 1200**
**Providence, RI 02903**

**/s/ Michael H. Feldhuhn**
**Michael H. Feldhuhn**