(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

EMISSIVE ENERGY CORPORATION
Plaintiff(s)

v. Dkt. No. CA 08-139ML

INNOVAGE, INC., ET AL.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendants Innovage, LLC, Bed Bath & Beyond, Inc. & Bed Bath & Beyond of Providence Inc. hereby moves that Becky V. Christensen be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Michael H. Feldhuhn
Print Name

Attorney at Law
Firm and Business Address

56 Pine Street, Suite 200

Providence, RI 02903

RI Bar ID # 3344

Email: mike@feldhuhn.com

Tel. # 401-331-6600

Fax # 401-274-2780

---

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date

**CERTIFICATION**

I hereby certify that on this 27th day of May, 2008, I mailed a copy of this document, first-class mail, postage prepaid, to the following counsel of record:

Craig M. Scott, Esquire
Christine K. Bush, Esquire
DUFFY, SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Michael H. Feldhuhn