UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMISSIVE ENERGY CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INNOVAGE, LLC, a Delaware limited liability company; BED BATH & BEYOND, INC., a New York corporation; and BED BATH & BEYOND OF PROVIDENCE, INC., a Rhode Island corporation. | C.A. NO. 08-139 ML<br><br>**DEFENDANTS BED BATH & BEYOND INC. AND BED BATH & BEYOND OF PROVIDENCE, INC.'S ANSWER TO FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR A JURY TRIAL** |

**DEFENDANTS BED BATH & BEYOND INC. AND BED BATH & BEYOND OF PROVIDENCE, INC.'S ANSWER TO FIRST AMENDED COMPLAINT**

Defendants Bed Bath & Beyond Inc. and Bed Bath & Beyond of Providence, Inc. (collectively referred herein as "Bed Bath & Beyond") answer the First Amended Complaint of Plaintiff Emissive Energy Corporation ("Emissive") as follows:

## PARTIES

1. Answering paragraph 1 of the First Amended Complaint, Bed Bath & Beyond admits that Emissive is a Delaware corporation. Bed Bath & Beyond is without sufficient knowledge or information to form a belief as to the truth of the rest of the allegations contained in paragraph 1, and on that basis, denies them.

2. Answering paragraph 2 of the First Amended Complaint, Bed Bath & Beyond is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 2, and on that basis, denies them.

3. Answering paragraph 3 of the First Amended Complaint, Bed Bath & Beyond is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 3, and on that basis, denies them.

4. Answering paragraph 4 of the First Amended Complaint, Bed Bath & Beyond admits the allegations.

5. Answering paragraph 5 of the First Amended Complaint, Bed Bath & Beyond admits the allegations.

6. Answering paragraph 6 of the First Amended Complaint, Bed Bath & Beyond admits that sells and continues to sell merchandise and home furnishings, including lighting products throughout the United States and in Rhode Island, where it maintains retail stores, and sells its merchandise through several channels, such as its own retail stores and over the Internet, but is without sufficient knowledge or information to form a belief as to the definition of "Accused Products" and on that basis is without sufficient knowledge or information to form a belief as to the truth of the rest of the allegations contained in paragraph 6, and therefore denies them.

**JURISDICTION AND VENUE**

7. Answering paragraph 7 of the First Amended Complaint, Bed Bath & Beyond admits the allegations.

8. Answering paragraph 8 of the First Amended Complaint, Bed Bath & Beyond admits the allegations.

9. Answering paragraph 9 of the First Amended Complaint, Bed Bath & Beyond admits the allegations.

## FACTS

**The Emissive X5®**

10. Answering paragraph 10 of the First Amended Complaint, Bed Bath & Beyond is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 10, and on that basis, denies them.

11. Answering paragraph 11 of the First Amended Complaint, Bed Bath & Beyond is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 11, and on that basis, denies them.

12. Answering paragraph 12 of the First Amended Complaint, Bed Bath & Beyond is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 12, and on that basis, denies them.

13. Answering paragraph 13 of the First Amended Complaint, Bed Bath & Beyond is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 13, and on that basis, denies them.

14. Answering paragraph 14 of the First Amended Complaint, Bed Bath & Beyond is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 14, and on that basis, denies them.

15. Answering paragraph 15 of the First Amended Complaint, Bed Bath & Beyond is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 15, and on that basis, denies them.

16. Answering paragraph 16 of the First Amended Complaint, Bed Bath & Beyond is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 16, and on that basis, denies them.

17. Answering paragraph 17 of the First Amended Complaint, Bed Bath & Beyond is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 17, and on that basis, denies them.

18. Answering paragraph 18 of the First Amended Complaint, Innovage is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 18, and on that basis, denies them.

**Emissive's Presentation to Bed Bath & Beyond**

19. Answering paragraph 19 of the First Amended Complaint, Bed Bath & Beyond is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 19, and on that basis, denies them.

20. Answering paragraph 20 of the First Amended Complaint, Bed Bath & Beyond admits to purchasing the 8X flashlight from Innovage. Bed Bath & Beyond is without sufficient knowledge or information to form a belief as to the truth of the rest of the allegations contained in paragraph 20, and on that basis, denies them.

21. Answering paragraph 21 of the First Amended Complaint, Bed Bath & Beyond marketed, sold, and/or offered to sell Innovage's 8X flashlight. Bed Bath & Beyond denies importing the 8X flashlight and is without sufficient knowledge or information to form a belief as to the truth of the rest of the allegations contained in paragraph 21, and on that basis, denies them.

22. Answering paragraph 22 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

**Innovage's 8X LED Power Light**

23. Answering paragraph 23 of the First Amended Complaint, Bed Bath & Beyond admits that Innovage has sold the 8X flashlight to Bed Bath & Beyond, but is without sufficient knowledge or information to form a belief as to the truth of the rest of the allegations contained in paragraph 23, and on that basis, denies them.

24. Answering paragraph 24 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

25. Answering paragraph 25 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

26. Answering paragraph 26 of the First Amended Complaint, Bed Bath & Beyond is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 26, and on that basis, denies them.

27. Answering paragraph 27 of the First Amended Complaint, Bed Bath & Beyond is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 27, and on that basis, denies them.

28. Answering paragraph 28 of the First Amended Complaint, Bed Bath & Beyond is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 28, and on that basis, denies them.

29. Answering paragraph 29 of the First Amended Complaint, Bed Bath & Beyond is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 29, and on that basis, denies them.

**COUNT I**
**(Infringement of the '164 Patent – 35 U.S.C. § 271)**

30. Answering paragraph 30 of the First Amended Complaint, Bed Bath & Beyond incorporates by reference the responses to paragraphs 1-29.

31. Answering paragraph 31 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

32. Answering paragraph 32 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

33. Answering paragraph 33 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

34. Answering paragraph 34 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

35. Answering paragraph 35 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

36. Answering paragraph 36 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

**COUNT II**
**(Infringement of the '464 Patent – 35 U.S.C. § 271)**

37. Answering paragraph 37 of the First Amended Complaint, Bed Bath & Beyond incorporates by reference the responses to paragraphs 1-36.

38. Answering paragraph 38 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

39. Answering paragraph 39 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

40. Answering paragraph 40 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

41. Answering paragraph 41 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

42. Answering paragraph 42 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

43. Answering paragraph 43 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

**COUNT III**
**(Infringement of the '851 Patent – 35 U.S.C. § 271)**

44. Answering paragraph 44 of the First Amended Complaint, Bed Bath & Beyond incorporates by reference the responses to paragraphs 1-43.

45. Answering paragraph 45 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

46. Answering paragraph 46 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

47. Answering paragraph 47 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

48. Answering paragraph 48 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

49. Answering paragraph 49 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

50. Answering paragraph 50 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

**COUNT IV**
**(Infringement of the '674 Patent – 35 U.S.C. § 271)**

51. Answering paragraph 51 of the First Amended Complaint, Bed Bath & Beyond incorporates by reference the responses to paragraphs 1-50.

52. Answering paragraph 52 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

53. Answering paragraph 53 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

54. Answering paragraph 54 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

55. Answering paragraph 55 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

56. Answering paragraph 56 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

**COUNT V**
**(Infringement of the '653 Patent – 35 U.S.C. § 271)**

57. Answering paragraph 57 of the First Amended Complaint, Bed Bath & Beyond incorporates by reference the responses to paragraphs 1-56.

58. Answering paragraph 58 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

59. Answering paragraph 59 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

60. Answering paragraph 60 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

61. Answering paragraph 61 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

62. Answering paragraph 62 of the First Amended Complaint, Bed Bath & Beyond denies the allegations.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

63. Plaintiff lacks standing to assert infringement.

### SECOND AFFIRMATIVE DEFENSE

64. The ‘674 and '653 Patents are unenforceable for inequitable conduct. Applicant and his counsel committed inequitable conduct for at least the following reasons: a.) they failed to properly claim priority to at least one earlier filed application and knew that the claim was improper, but nonetheless relied on it to secrete highly material prior art from the Examiners during prosecution of these patents; b.) they intentionally withheld from the Patent Office a public use, sale, offer for sale or publication which took place more than one year before the effective filing date of the applications for these two utility patents; and c.) they intentionally withheld each of the design patents in this suit, applications therefore, and all embodiments thereof, from the same Examiners, and had such information been disclosed during prosecution as required, it would have been relevant and highly material to the determination of patentability and would likely resulted in rejection of the applications.

### THIRD AFFIRMATIVE DEFENSE

65. The ‘674 and ‘653 Patents are invalid under 35 U.S.C. §§ 112, 102 and 103 for at least the following reasons: a.) the public use, sale, offer for sale or publication

that existed more than one year prior to the effective filing dates of their applications renders these two patents invalid under 35 U.S.C. §§ 102 and 103; and b.) the '674 and '653 Patents are invalid under 35 U.S.C. § 112 at least because, in each of the specifications of those two patents, the application upon which applicant asserted a claim to priority which was allegedly filed on February 22, 2001, does not sufficiently support the claims of the '674 and '653 Patents and violates the requirements under the patent laws for adequate written description, enablement and best mode.

**FOURTH AFFIRMATIVE DEFENSE**

66. The patents-in-suit are not infringed.

**FIFTH AFFIRMATIVE DEFENSE**

67. The Plaintiff has unclean hands.

**SIXTH AFFIRMATIVE DEFENSE**

68. The asserted design patents are invalid on grounds of functionality.

**SEVENTH AFFIRMATIVE DEFENSE**

69. The Plaintiff is equitably estopped from asserting that the features shown in the asserted design patents are functional.

**EIGHTH AFFIRMATIVE DEFENSE**

70. The Plaintiff is equitably estopped from asserting that the features claimed in the asserted utility patents are not functional.

**NINTH AFFIRMATIVE DEFENSE**

71. Any potential recovery for patent infringement is limited by 35 U.S.C. § 287.

**TENTH AFFIRMATIVE DEFENSE**

72. The patentee failed to disclaim an invalid patent claim before filing suit so no costs are available.

**ELEVENTH AFFIRMATIVE DEFENSE**

73. Plaintiff's claims are barred by the doctrine of laches.

**PRAYER FOR RELIEF**

Wherefore, Bed Bath & Beyond prays for judgment as follows:

A. That Emissive's claims be dismissed with prejudice.

B. That Emissive obtain no relief and that it take nothing.

C. That the asserted patents be found not infringed, unenforceable and invalid.

D. That this case be deemed exceptional under 35 U.S.C. § 285 and Bed Bath & Beyond be awarded its attorneys fees.

E. That Bed Bath & Beyond be awarded its costs and attorney's fees under any other applicable statute or basis.

F. Granting Bed Bath & Beyond such other and further relief as the Court may deem just and proper.

**DEMAND FOR A JURY TRIAL**

Defendants Bed Bath & Beyond Inc. and Bed Bath & Beyond of Providence, Inc. demand a trial by jury.

Respectfully submitted,
BED BATH & BEYOND, INC. and
BED BATH & BEYOND OF PROVIDENCE, INC.,
By Their Attorneys,

/s/ Michael H. Feldhuhn

Michael H. Feldhuhn, Esq. (#3344)
56 Pine Street, Suite 200
Providence, RI 02903
Tel: (401) 331-6600
Fax: (401) 274-2780
Email: michael@feldhuhn.com

/s/ Craig McLaughlin

Craig McLaughlin, Esq.
THE ECLIPSE GROUP LLP
O'CONNOR CHRISTENSEN & MCLAUGHLIN
TRIAL DIVISION
1920 Main Street, Suite 150
Irvine, CA 92614
Tel: (949) 851-5000
Fax: (949) 851-5051
Email: cml@eclipsegrp.com

CERTIFICATION

I hereby certify that on this 6th day of June, 2008, this document was filed electronically and is available for viewing and downloading to the following ECF registered counsel of record:

Craig M. Scott, Esquire
Christine K. Bush, Esquire
DUFFY, SWEENEY & SCOTT, LTD.
One Turks Head Place,
Suite 1200
Providence, RI 02903

/s/ Michael H. Feldhuhn
Michael H. Feldhuhn