UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>INNOVAGE, LLC; BED BATH & BEYOND, INC.; BED BATH AND BEYOND OF PROVIDENCE, INC,<br><br>Defendants. | : | C.A. No. 08-139-ML |

**WITHDRAWAL AND ENTRY OF APPEARANCE**

***Michael H. Feldhuhn, Esquire*** hereby ***withdraws*** his appearance as Local Counsel for defendants Innovage LLC, Bed Bath & Beyond, Inc., and Bed Bath & Beyond of Providence, Inc., and ***Robert D. Fine, Esquire*** and ***Douglas J. Emanuel, Esquire*** hereby ***enter*** their appearance as Local Counsel for those defendants.

/s/ Michael H. Feldhuhn

Michael H. Feldhuhn (#3344)
56 Pine Street -- Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

/s/ Robert D. Fine
/s/ Douglas J. Emanuel

Robert D. Fine (# 2447)
Douglas J. Emanuel (#5176)
CHACE, RUTTENBERG & FREEDMAN, LLP
One Park Row -- Suite 300
Providence, RI 02093
Tel. 401-453-6400
Fax: 401-453-6411
Email: demanuel@crfllp.com

**CERTIFICATION**

I hereby certify that on this 7th day of August, 2008, this document was filed electronically and is available for viewing and downloading to the following ECF registered counsel of record:

Craig M. Scott, Esquire
Christine K. Bush, Esquire
DUFFY, SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Craig McLaughlin, Esquire
Becky V. Christensen, Esquire
Edward F. O'Connor, Esquire
The Eclipse Group LLP
O'Connor Christensen & McLaughlin
1920 Main Street -- Suite 150
Irvine, CA 92614

/s/ Robert D. Fine
/s/ Douglas J. Emanuel