UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION,<br>Plaintiff,<br>v.<br>INNOVAGE, LLC; BED BATH & BEYOND INC.; BED BATH & BEYOND OF PROVIDENCE, INC.,<br>Defendants. | : | C.A. No. 08-139-ML |

**NOTICE OF APPEARANCE**

I, Jeffrey K. Techentin, hereby enter my appearance as Local Counsel for defendants Innovage LLC, Bed Bath & Beyond Inc., and Bed Bath & Beyond of Providence, Inc.

/s/ Jeffrey K. Techentin______________

Jeffrey K. Techentin
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
Dated: August 25, 2008

**CERTIFICATION**

TO:

Craig M. Scott
cscott@duffysweeney.com
Christine K. Bush
cbush@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place
Suite 1200
Providence, RI 02903

Craig McLaughlin
cmclaughlin@eclipsegrp.com
Becky V. Christensen
Edward F. O'Connor
The Eclipse Group, LLC
O'Connor Christensen & McLaughlin
1920 Main Street
Suite 150
Irvine, CA 92614

Douglas J. Emanuel
demanuel@crfllp.com
Robert D. Fine
rfine@crflp.com
CHACE, RUTTENBERG & FREEDMAN, LLP
One Park Row -- Suite 300
Providence, RI 02093

I hereby certify that I filed the within Notice of Appearance through the ECF system on the 25th day of August, 2008, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 08-139-ML.

/s/ Jeffrey K. Techentin__________

*465677_1*