UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EMISSIVE ENERGY CORPORATION,<br>Plaintiff,<br>v.<br>INNOVAGE, LLC; BED BATH & BEYOND, INC.; BED BATH AND BEYOND OF PROVIDENCE, INC.,<br>Defendants. | C.A. No. 08-139-ML |

**WITHDRAWAL OF APPEARANCE**

Robert D. Fine, Esquire and Douglas J. Emanuel, Esquire hereby withdraw their appearance as Local Counsel for defendants Innovage LLC, Bed Bath & Beyond, Inc., and Bed Bath & Beyond of Providence, Inc. New Local Counsel (Jeffrey K. Techentin, Esquire) has entered his appearance for those parties.

/s/ Robert D. Fine
/s/ Douglas J. Emanuel
Robert D. Fine (# 2447)
Douglas J. Emanuel (#5176)
CHACE, RUTTENBERG & FREEDMAN, LLP
One Park Row -- Suite 300
Providence, RI 02093
Tel. 401-453-6400
Fax: 401-453-6411
Email: demanuel@crfllp.com

**CERTIFICATION**

TO:

Craig M. Scott
cscott@duffysweeney.com
Christine K. Bush
cbush@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place
Suite 1200
Providence, RI 02903

Craig McLaughlin
cmclaughlin@eclipsegrp.com
Becky V. Christensen
Edward F. O'Connor
The Eclipse Group, LLC
O'Connor Christensen & McLaughlin
1920 Main Street
Suite 150
Irvine, CA 92614

Jeffrey K. Techentin
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

I hereby certify that I filed the within Withdrawal of Appearance through the ECF system on the 25th day of August, 2008, and that notice will be sent electronically to the above-named counsel who are registered participants identified on the Mailing Information for Case No. 08-139-ML.

/s/ Douglas J. Emanuel __________

*465674_1*