UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EMISSIVE ENERGY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>INNOVAGE, LLC,<br>BED BATH & BEYOND, INC., and BED<br>BATH & BEYOND OF PROVIDENCE, INC.<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. NO. 08-139ML |

**PLAINTIFF'S RULE 16 PRETRIAL CONFERENCE STATEMENT**

Pursuant to LR Cv 16(c) and this Court's Notice scheduling a pretrial Conference, Plaintiff, Emissive Energy Corporation ("Emissive") submits this Pretrial Conference Statement. The pretrial conference is scheduled for September 16, 2008.

## A. FACTS

### 1. The X5® Flashlight and the Patents in Suit.

Emissive designs, develops, manufactures, markets and sells high-quality INOVA® brand LED lighting equipment, including the X5® flashlight, which Emissive designed and later introduced in 2000. The X5® is a hand-held, cylindrical aluminum flashlight that has a distinctive ornamental round head with a Gatling gun appearance created by multiple light emitting diodes ("LED"), each in a separate reflector tube. The X5® embodies several design and utility patents owned and/or licensed by Emissive.[1]

Three design patents protect the appearance of the X5® and are being infringed by defendants. Patent No. D434,164 (the "'164 Patent"), issued by the United States Patent and Trademark Office (the "PTO") on November 21, 2000, protects the ornamental design of the

[1] Mr. Galli is the patentee of the patents-in-suit; he has either assigned or licensed each patent to Emissive.

X5® flashlight head. Patent No. D468,464 (the "'464 Patent"), issued by the PTO on January 7, 2003, protects the overall ornamental design of the X5® flashlight. Patent No. D468,851 (the "'851 Patent"), issued by the PTO on January 14, 2003, also protects the ornamental design of the X5® flashlight head.

Additionally, defendants infringe two utility patents. On September 28, 2004, the PTO issued Patent No. 6,796,674 (the "'674 Patent"). The invention embodied in the '674 Patent is a lensless head assembly for an LED light comprised of a tubular enclosure, a circuit board, and at least one LED mounted on the inner surface of the circuit board that prevents contaminants from entering the tubular enclosure. On January 11, 2005, the PTO issued Patent No. 6,840,653 (the "'653 Patent"). The invention embodied in the '653 Patent is a flashlight assembly comprising of a housing, a battery, a flashlight head and a switch assembly.

An embodiment of the patents-in-suit is Emissive's X5® flashlight, which has been enormously successful, and is one of Emissive's best-selling flashlight products. Emissive has spent hundreds of thousands of dollars marketing its X5® and other flashlights on the Internet, at trade shows and through catalogs, wholesalers, distributors and retailers and has made substantial sales of the X5®. Emissive's patents, embodied by the X5®, are valuable assets of Emissive and a principal source of the company's goodwill.

**2. <u>Innovage's 8X LED Power Light and its Infringement of the Patents-in-Suit</u>.**

Upon information and belief, Defendant Innovage, LLC ("Innovage") imports, distributes and/or sells lighting products bearing the INNOVAGE designation, including the INNOVAGE 8X LED Power Light (the "Accused Products"), through Bed Bath & Beyond stores and other retailers, distributors, mail order catalogs and over the Internet. The Accused Products infringe the claims of the '164, '464, and '851 Patents. The Accused Products also infringe one or more of

the claims of the '674 and '653 Patents. Innovage had access to Emissive's X5® prior to its release of the Innovage 8X LED Power and Innovage is willfully infringing the patents-in-suit by manufacturing, importing, marketing, selling or offering the Accused Products for sale in the United States, including Rhode Island.

3. **Emissive Presents its Flashlight Products to Bed Bath & Beyond**

In September 2006, Emissive presented its flashlight line, including the X5®, to Wes Ochoa, defendants assistant buyer at Bed Bath & Beyond, Inc. and/or Bed Bath & Beyond of Providence, Inc. (jointly, "Bed Bath & Beyond"). Bed Bath & Beyond declined to purchase Emissive's flashlight line; rather, it purchased, and thereafter imported, marketed, sold and/or is offering to sell, Innovage's flashlight line, including the Accused Products.

## B. IDENTIFICATION OF LEGAL ISSUES

1. **Patent Infringement.** Plaintiff intends to prove that Defendants' products infringe the patents-in-suit and such infringement has been knowing, intentional and willful. To prove infringement, Emissive must show that Defendants, without authority, made, used, offered to sell, or sold Emissive's patented invention within the United States, or imported into the United States Emissive's patented invention during the term of the patent therefor. 35 U.S.C. § 271(a).

2. **Inequitable Conduct.** Defendants allege that the '674 Patent and '653 Patent are unenforceable for inequitable conduct and unclean hands before the PTO. To prove inequitable conduct Defendants must show, by clear and convincing evidence, that there exists (1) prior art or information that is material; (2) of which applicant knew existed; and (3) the applicant failed to disclose the art or information resulting from an intent to mislead the PTO. *FMC Corp. v. Manitowoc Co.*, 835 F.2d 1411, 1415-16 (Fed. Cir. 1987). Defendants cannot prove inequitable

conduct. Defendants did not have at the time of filing their answer, and still do not have, any evidence of inequitable conduct. None occurred.

Respectfully submitted,

EMISSIVE ENERGY CORPORATION
By its Attorneys

/s/ Craig M. Scott
Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
Byron L. McMasters, Esq. (#7554)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

Dated: September 9, 2008

## CERTIFICATE OF SERVICE

I hereby certify that the within *Plaintiff's Rule 16 Conference Statement* was served on the 16th day of September, 2008, via First Class Mail upon the following:

Jeffrey K. Techentin, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903

Craig McLaughlin, Esq.
O'Connor Christensen & McLaughlin
Trial Division of the Eclipse Group, LLP
1920 Main Street, Suite 150
Irvine, CA 92614

/s/ Craig M. Scott

*Emissive Energy\Bed Bath & Beyond (08-139)\Pleadings\Rule 16 Statement*