UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EMISSIVE ENERGY CORPORATION :
:
:
v. : C.A. No. 08-139ML
:
INNOVAGE, LLC, et al. :

**PRETRIAL ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that all fact discovery will be completed by **March 16, 2009.** The party with the burden of proof on an issue shall make its expert witness disclosures on that issue as required by Fed. R. Civ. P. 26(a)(2) by **April 16, 2009**. The parties shall make their rebuttal expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by **May 15, 2009**. Expert discovery shall be completed by **June 15, 2009**. Dispositive motions shall be filed by **June 30, 2009**.

Counsel shall file **electronically**, thirty days after a decision on any dispositive motion, or, if no dispositive motions are filed, by **July 15, 2009** a memorandum which shall contain the following information:

1.(a) Plaintiff will set forth what is expected to be proven in support of the claim;

(b) Defendant will set forth what is expected to be proven in defense;

2. A memorandum of supporting law with citations of authorities. This is to include all the law applicable to the case with emphasis on special legal issues. All pertinent citations will be fully briefed.

3. A statement as to probable length of trial.

At least **ten days** before jury selection, or, in the case of a matter to be tried without a jury, **ten days** before trial is to begin, counsel shall submit to the Court in **conventional form (paper)** the following:

1. A list of all witnesses expected to testify with a brief summary of each witness' testimony and a statement as to whether that witness will testify as an expert.

2. A list of all exhibits intended to be offered at the trial with statements of the purpose for which the exhibit is offered. All exhibits will be pre-marked by Plaintiff in numerical order and by Defendant in alphabetical order.

3. If the case is to be tried before a jury, full and complete proposed jury instructions.

Failure to strictly comply with this Order will result in appropriate sanctions which may include dismissal, default or exclusion of evidence.

After ten days from the close of discovery, no motions shall be filed except by leave of the undersigned; the case is subject to being called for trial on forty-eight hour notice, unless otherwise ordered by the undersigned.

Every effort should be made to settle the case before jurors are summoned for empanelment. **Counsel are to advise the Clerk of any such settlement and file a stipulation of dismissal no later than seven days before the scheduled empanelment date.** Jury costs and/or counsel fees may be assessed against one or more of the parties and/or their counsel if the Court determines that the lateness of settlement was due to unreasonable or vexatious conduct or neglect.

SO ORDERED:

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
September 17, 2008

Entered as an Order of this Court on September 17, 2008.

/s/ Jeannine Noel
Jeannine Noel
Deputy Clerk